B6H (Official Form 6H) (12/07)

In re **Ivailo I. Lepoev** _____ / Debtor    Case No. _____
                                                                            (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| IL General Invest<br><br>Las Vegas NV  89103 | Chevron<br>c/o Hunter Warfield Mail Proc.<br>P.O. Box 41309<br>Nashville TN  37204<br><br>GE Capital Financial/Lowe's<br>P.O. Box 981064<br>El Paso TX  79998<br><br>Proclean Gas/Citibank<br>P.O. Box 688931<br>Des Moines IA  50368<br><br>Home Depot/Citibank So. Dakota<br>Po Box 6497<br>Sioux Falls SD  57117<br><br>VW Credit Leasing, Ltd.<br>1401 Franklin Blvd.<br>Libertyville IL  60048 |
| Mega Commerce<br>6697 Groveview  Ln.<br>Las Vegas NV  89103 | American Express<br>Box 0001<br>Los Angeles CA  90096<br><br>Citi Cards<br>c/o LTD<br>7322 Southwest Fwy. #1600<br>Houston TX  77074<br><br>Citibank<br>P.O. Box 26892<br>San Francisco CA  94126<br><br>Office Depot<br>P.O. Box 689020<br>Des Moines IA  50368 |

B6H (Official Form 6H) (12/07)

In re  Ivailo I. Lepoev                                                    / Debtor           Case No. _____
                                                                                                         (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  | Capital One<br><br>Salt Lake City UT   84130 |

Page __2__ of __2__